751 A.2d 647

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Roderick JOHNSON, Petitioner.**

**No. 0080 E.D. Miscellaneous Docket 2000.**

Supreme Court of Pennsylvania.

May 8, 2000.

## *ORDER*

PER CURIAM:

**AND NOW**, this 8th day of May 2000, we **GRANT** the Emergency Motion for Stay of Execution.

751 A.2d 647

**COMMONWEALTH ex rel Mark C. BALDWIN, District Attorney, County of Berks, Appellee,**

v.

**Eden RICHARD, Jr., Appellant.**

Supreme Court of Pennsylvania.

Submitted Feb. 5, 1998.

Decided May 18, 2000.